UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jermaine Terrell Jackson, | Case No. 17-cv-4204 (WMW/BRT) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Warden T.J. Watson, | |
| Respondent. | |

---

This matter is before the Court on the November 13, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 12.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The November 13, 2017 R&R, (Dkt. 12), is **ADOPTED**;

2. Petitioner Jermaine Terrell Jackson's petition under 28 U.S.C. § 2241 for a writ of habeas corpus, (Dkt. 1), is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 18, 2017                    s/Wilhelmina M. Wright
                                             Wilhelmina M. Wright
                                             United States District Judge